Sposato v Village of Solvay (2026 NY Slip Op 01727)

Sposato v Village of Solvay

2026 NY Slip Op 01727

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026

PRESENT: CURRAN, J.P., BANNISTER, NOWAK, DELCONTE, AND HANNAH, JJ. (Filed Mar. 20, 2026.) 

MOTION NO. (967/25) CA 25-00291.

[*1]RICHARD-LOUIS SPOSATO, PLAINTIFF-APPELLANT, 
vVILLAGE OF SOLVAY, TOWN OF SALINA, MEGAN CAVALIERE AND PAUL G. CAREY, DEFENDANTS-RESPONDENTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.